UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORFOLK SOUTHERN RAILWAY CO., ET AL.,

               Plaintiffs,

       - against -

NAUTILUS INSURANCE CO., ET AL.,

               Defendants.

24-cv-4622 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by August 23, 2024.

SO ORDERED.

Dated:   New York, New York
        August 9, 2024

                          John G. Koeltl
                 United States District Judge