**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**NORFOLK SOUTHERN RAILWAY COMPANY, ET AL.,**

        Plaintiffs,

- against –

**NAUTILUS INSURANCE COMPANY, ET AL.,**

        Defendants.

───────────────────────────────────

24-cv-4622 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for a case-management conference on **Monday, September 9, 2024**, at **3:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    **New York, New York**
           **August 26, 2024**

                                        /s/ John G. Koeltl
                                           **John G. Koeltl**
                             **United States District Judge**