UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NORFOLK SOUTHERN RAILRWAY COMPANY, et al,
                Plaintiff(s)

24 civ 4622 (JGK)

-against-

NAUTILUS INSURANCE COPANY, et al,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

A scheduling order having been entered on September 16, 2024,

The conference scheduled for Tuesday, October 1, 2024, at 3:30pm is canceled.

**SO ORDERED.**

*[signature]*

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 24, 2024