UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORFOLK SOUTHERN RAILWAY COMPANY, ET AL.,

            Plaintiffs,

- against -

NAUTILUS INSURANCE COMPANY, ET AL.,
            Defendants.

24-cv-4622 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should file their cross motions for summary judgment by **May 9, 2025**. The parties should respond by **June 6, 2025**. The parties should reply by **June 20, 2025**.

SO ORDERED.
Dated:   New York, New York
         April 9, 2025

                                          John G. Koeltl
                                 United States District Judge