```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

NORFOLK SOUTHERN RAILWAY COMPANY,
ET AL.,                                    24-cv-4622 (JGK)
                Plaintiffs,
                                           ORDER
     - against -

NAUTILUS INSURANCE COMPANY, ET AL.,
                Defendants.
─────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

At a conference held on April 9, 2025, the parties expressed their intent to file cross motions for summary judgment. During the conference, the Court requested that Defendant National Salvage advise the Court whether, in light of the proposed motions for summary judgment, its motion for judgment on the pleadings should be denied as moot.

National Salvage has now filed a motion for summary judgment. See ECF No. 43. Accordingly, National Salvage is directed to advise the Court by **June 6, 2025,** whether the motion for judgment on the pleadings, see ECF No. 27, should be denied as moot.

**SO ORDERED.**
**Dated:   New York, New York**
         **June 2, 2025**

                                      /s/ John G. Koeltl
                                    **John G. Koeltl**
                                 **United States District Judge**