# TYSON & MENDES

**JOHN A. ANSELMO**
JANSELMO@TYSONMENDES.COM
DIRECT: 929-392-1199

420 LEXINGTON AVENUE, SUITE 810
NEW YORK, NY 10170
PHONE: (917) 781-4702  FAX: (917) 725-8799

June 4, 2025

**SUBMITTED VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:    Norfolk Southern Railway Company v. Nautilus Insurance Company et al.
                      Case No.:    1:24-cv-04622-JGK

Dear Judge Koeltl:

      We represent Defendant National Salvage & Service Corporation ("National Salvage") in the above-captioned matter.

      As Your Honor is aware, National Salvage previously filed a Motion to Dismiss pursuant to FRCP § 12(c) on November 15, 2024 (Docket Entry No. 27). However, as National Salvage has now moved for summary judgment pursuant to FRCP § 56 (*see* Docket Entry Nos. 43-46), it hereby withdraws its Rule 12(c) motion.

      We thank the Court for its attention to this matter.

                                  Respectfully,

                                  TYSON & MENDES LLP

                                  John A. Anselmo

Cc: All counsel via ECF

*[Handwritten note:]* The Clerk is directed to close ECF No. 27 because the motion is withdrawn.
SO Ordered.
6/5/25 /s/ John G. Koeltl
U.S.D.J.