UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORFOLK SOUTHERN RAILWAY COMPANY,

                    Plaintiff,                    24-cv-4622 (JGK)

        - against -                               ORDER

NAUTILUS INSURANCE COMPANY, ET AL.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiff is directed to respond to Defendant Nautilus Insurance Company's motion for reconsideration (ECF No. 87) by **April 13, 2026.** The defendant shall reply by **April 20, 2026.**

SO ORDERED.
Dated:    New York, New York
          April 1, 2026

                                        _____
                                             John G. Koeltl
                                        **United States District Judge**