UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————————

NORFOLK SOUTHERN RAILWAY COMPANY,
                          Plaintiff,                24-cv-4622 (JGK)

        - against -                                 ORDER

NAUTILUS INSURANCE COMPANY &
NATIONAL SALVAGE & SERVICE
CORPORATION,
                          Defendants.

—————————————————————————————————

JOHN G. KOELTL, District Judge:

    National Salvage has sought advice as to the briefing
schedule on motions. Unless the parties otherwise agree or a
motion requires a pre-motion conference, the briefing schedule
is set forth in Local Civil Rule 6.1(b): responsive papers are
due 14 days after service of the moving papers, and reply papers
are due 7 days after service.

    Under this Court's rules, the moving party must provide the
Court with a courtesy set of the papers when the motion is fully
briefed.


SO ORDERED.
Dated:    New York, New York
          April 16, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge