# TYSON & MENDES

**JOHN A. ANSELMO**
**JANSELMO@TYSONMENDES.COM**
DIRECT: 929-392-1199

420 LEXINGTON AVENUE, SUITE 810
NEW YORK, NY 10170
PHONE: (917) 781-4702  FAX: (917) 725-8799

June 5, 2026

*[handwritten: Argument adjourned to June 26, 2026 at 11:00 A.M., Courtroom 14 A, 500 Pearl ST. / NY, NY. 10007.]*

**Via ECF**
Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Norfolk Southern Railway Company et al. v. Nautilus Insurance Company et al.**
      **Case No. 1:24-cv-04622-JGK**

*[handwritten: So ordered. John G. Koeltl / U.S.D.J. 6/5/26]*

Dear Judge Koeltl,

We represent National Salvage & Service Corporation ("National Salvage") in the above-captioned matter. We write this letter to inform the Court of a scheduling conflict on the date that this Court has set for oral arguments on National Salvage's motion for leave to appeal the Court's Decision and Order on summary judgment, and plaintiffs Norfolk Southern Railway Company's and Norfolk Southern Corporation's (collectively "plaintiffs") application to reopen discovery.

Specifically, on June 2, 2026, this Court published an Order on this case's electronic docket stating,

> ORDER: The parties are directed to appear for oral argument on ECF Nos. 87-100 on Thursday, June 11, 2026, at 3:00 p.m., in Courtroom 14A, 500 Pearl Street, New York, New York, 10007. SO ORDERED. Oral Argument set for 6/11/2026 at 03:00 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Signed by Judge John G. Koeltl on 6/1/2026) (mml).

Unfortunately, I have a prior commitment on June 11, 2026, to attend a mediation in the matter of Del Villar et al v. LMAG Trucking, EDNY Case Number 1:24-cv-07855-OEM-VMS, which cannot be rescheduled. Moreover, it would not be practicable for our appellate counsel or another member of my firm to conduct the oral argument in my stead. As plaintiffs' application concerns the specific course of discovery in this case, we anticipate that the Court will have questions regarding the conduct of both parties. Given this, it would be to everybody's benefit – including the Court's and plaintiffs' – for at least that portion of the argument to be addressed by an attorney with personal knowledge of the facts and circumstances surrounding the relevant disclosures.

We have conferred with counsel for the other parties and they do not object to the request. Based on the availability of all parties, National Salvage respectfully requests that the Court reschedule the oral argument to any one of the following dates that it finds the most convenient:

- June 23, 2026
- June 24, 2026
- June 25, 2026
- June 26, 2026

National Salvage apologizes for any inconvenience, and extends its gratitude to the Court and counsel for their consideration.

Respectfully,

TYSON & MENDES LLP

*John A. Anselmo*

_____

John A. Anselmo, Esq.