UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORFOLK SOUTHERN RAILWAY
COMPANY,

                              Plaintiff,

          - against -

NAUTILUS INSURANCE COMPANY &
NATIONAL SALVAGE & SERVICE
CORPORATION,

                              Defendants.

---

24-cv-4622 (JGK)

Order

**John G. Koeltl, District Judge:**

For the reasons stated on the record today, Nautilus's motions for reconsideration and certification for an interlocutory appeal to the United States Court of Appeals for the Second Circuit are **denied**. National Salvage's motion for certification for an interlocutory appeal to the United States Court of Appeals for the Second Circuit is **denied**. Norfolk's motion to stay this case pending resolution of the Helbert Action is **granted** except for any proceeding relating to providing a defense to Norfolk in the Helbert Action and the discovery dispute between Norfolk and National Salvage.

This case is referred to Magistrate Judge Wang for the limited purposes of the production of the foreman's contemporaneous warning and any related discovery disputes and any related issues.

The Clerk is respectfully directed to close all open motions in this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **June 26, 2026**

_____
John G. Koeltl
**United States District Judge**

2