**MEMO ENDORSED.**

Weber Gallagher

1000 Franklin Avenue, Suite 300
Garden City, New York 11530

T: (516) 408-2422
F: (516) 461-3271

Neil L. Sambursky
Partner

Direct Dial: (516) 408-2422
Email: neil.sambursky@wglaw.com

September 29, 2026

**BY ECF:**
Hon. Ona T. Wang, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***Norfolk Southern Railway Company et al v. Nautilus Insurance Company et al.***
Case No: 1:24-cv-04622-JGK

Dear Judge Wang:

We represent Nautilus Insurance Company ("Nautilus") in the above matter and submit this letter jointly with all parties.

This serves to advise the Court that the underlying Helbert Action has been settled in principle and the parties to that case are finalizing the settlement papers. Nautilus, Norfolk Southern Railway Company ("Norfolk Southern"), and National Salvage and Service Corporation ("National Salvage") have also resolved, in principle, the disputes at issue in this case. The settlement papers are being prepared. Therefore, there are no active discovery issues to discuss at the October 1, 2026, hearing.

It is expected that the dismissals of the Helbert Action and this case should be accomplished in the next 60 days. Accordingly, we respectfully request that the conference set for October 1, 2026, be adjourned and that parties report to the Court when the settlements/dismissals are concluded. If not done so within 60 days, we will report as to the status.

Respectfully submitted,

WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP

Neil L. Sambursky

Cc: All Counsel (by ECF)

Application **GRANTED.**

The October 1 Status Conference is **ADJOURNED** sine die. Parties are to file a joint status letter by November 25, 2026.

**SO ORDERED.**

Ona T. Wang September 29, 2026
U.S.M.J.